**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6028

HARVEY E. TUNSTALL,

Plaintiff - Appellant,

versus

S. CUTLER, SHCC Registered Nurse in her/his
personal capacity; A. HARRIS, SHCC medical
physician in her/his personal capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge. (CA-04-89-1)

Submitted:  May 18, 2005                Decided:  May 25, 2005

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Harvey E. Tunstall, Appellant Pro Se.  John David McChesney, RAWLS
& MCNELIS, P.C., Richmond, Virginia; Mark Raleigh Lightfoot, LAW
OFFICES OF GARY L. DENTON, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harvey E. Tunstall appeals the district court's order granting the Defendants' motion to dismiss Tunstall's 42 U.S.C. § 1983 (2000) action for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Tunstall v. Cutler, No. CA-04-89-1 (E.D. Va. Dec. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED